IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EDWARD COGGINS** | : | CIVIL ACTION NO. 1:11-CV-136 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Smyser) |
| v. | : | |
| **THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, JUDGE TODD HOOVER, DAUPHIN COUNTY SOCIAL SERVICES FOR CHILDREN AND YOUGH, TRACY FREDERICK and MELISSA CARRION** | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a January 25, 2011 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) The complaint is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B).

3) The Clerk of Court shall **CLOSE** the file.

*s/ Yvette Kane*<br>
Yvette Kane, Chief Judge<br>
United States District Court<br>
Middle District of Pennsylvania

Dated: February 14, 2011.